

AUG - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| COUNTRY VILLA EAST, L.P., et al., | CASE NUMBER 1:06CV01407 |
| Plaintiff | JUDGE: Colleen Kollar-Kotelly |
| vs | DECK TYPE: Administrative Agency Review |
| MICHAEL O. LEAVITT, in his capacity as Secretary of the U.S. Department of Health and Human Services, | DATE STAMP: 08/08/2006 |
| Defendant | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

Joseph Brooks
Print Name

1111 Pennsylvania Avenue, N.W.
Address

Washington,  DC       20004
City       State      Zip Code

(202) 739-5572
Phone Number

366739
BAR IDENTIFICATION NO.