# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTRY VILLA EAST, L.P., et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civ. Action No. 06-1407 (CKK) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
|     Defendant. ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                Respectfully submitted,

                /s/

                MEGAN L. ROSE, NC Bar # 28639
                Assistant United States Attorney
                Judiciary Center Building
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 514-7220
                (202) 514-8780 (fax)
                Megan.Rose@usdoj.gov