UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTRY VILLA                      )
     EAST, L.P., et al.,           )
                                   )
         Plaintiffs,            )
                                   )
         v.                     )     Case No. 1:06CV01407 (CKK)
                                   )
MICHAEL O. LEAVITT, Secretary,     )
     U.S. Department of Health     )
     and Human Services,           )
                                   )
         Defendant.             )
_____ )

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

      Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of

Health and Human Services ("the Secretary"), by and through his undersigned counsel,

respectfully moves this Court for a 60-day enlargement of time, up to and including

December 12, 2006, to answer or otherwise respond to Plaintiffs' Complaint.  In support

of the instant motion, the Secretary states as follows:

      1.  Plaintiffs instituted this action with the filing of their Complaint on August 8,

2006.

      2.  Plaintiffs' Complaint was served on the office of the United States Attorney for

the District of Columbia on August 14, 2006.  Thus, the current deadline for the

Secretary's response to Plaintiffs' Complaint is October 13, 2006.  Fed. R. Civ. P.

12(a)(3)(A).

3.  Plaintiffs challenge a June 7, 2006 determination of the Provider Reimbursement Review Board ("PRRB" or "Board") regarding Medicare reimbursement for various providers for fiscal years 1994 through 1997.  The Board found that it lacked jurisdiction over the fiscal periods at issue.

4.  The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services ("CMS") is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes.  The Secretary's counsel have not received the administrative record for this action, which pertains to twelve providers, with various fiscal years at issue for each in the appeal.  Upon receipt of the administrative record for this action, Defendant's counsel will need considerable time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiffs' Complaint.

5.  In order to allow sufficient time for OAA to compile the administrative record for this action, and for Defendant's counsel to review that record and the judicial docket for the allegedly related case; to consult with the agency as necessary; and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of sixty days, up to and including December 12, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint.

6.  Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiffs' counsel on October 10, 2006.  Plaintiffs, through counsel, graciously consented to the

instant motion.

7.  This request is made in good faith and not for purposes of delay.

8.  The Secretary has not previously requested or been given an extension of time

to respond to Plaintiffs' Complaint.

9.  There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7720
Facsimile: 202-514-8780

_____/s/_____
ROBERT BALDERSTON
Attorney
U.S. Department of Health and
        Human Services
Office of the General Counsel
Mailstop C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244
(410) 786-0845
Facsimile: (410) 786-5187

Counsel for Defendant

-3-