UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTRY VILLA ) <br>     EAST, L.P., et al., ) <br> ) <br>         Plaintiffs, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>     U.S. Department of Health ) <br>     and Human Services, ) <br> ) <br>         Defendant. ) <br> _____) | Case No. 1:06CV01407 (CKK) |

**<u>ORDER</u>**

Having considered Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of October, 2006,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including December 12, 2006 to answer or otherwise respond to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE