UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNTRY VILLA                    )
     EAST, L.P., et al.,          )
                              )
           Plaintiffs,          )
                              )
          v.                    )    Case No. 1:06CV01407 (CKK)
                              )
MICHAEL O. LEAVITT, Secretary,   )
     U.S. Department of Health    )
     and Human Services,          )
                              )
          Defendant.           )
_____)

## JOINT MOTION TO STAY PROCEEDINGS

     Counsel for Plaintiffs, Country Villa East, et al. (collectively, "Country Villa"),

and for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the

Secretary"), jointly move this Court for an order staying the above-captioned action

pending the final resolution of Genesis Health Ventures of Naugatuck, Inc. v. Leavitt,

Civil Action No. 04-1766 (JGP) ("Genesis I"), a case currently pending before Judge

Penn that presents the same underlying substantive issue.  The grounds for this motion are

set forth below.

     Plaintiffs filed this action on August 8, 2006, and on October 10, 2006, the

Defendant filed a Consent Motion for Enlargement of Time to Answer or Otherwise

Respond to Plaintiffs' Complaint, in part because Defendant's counsel had not yet

received the administrative record in this matter.  Counsel for the Defendant has now

received the administrative record, reviewed it, and conferred with counsel for Plaintiffs.

The parties agree that this action arises under the Medicare statute, 42 U.S.C. § 1395 et.

seq., and that Plaintiffs seek judicial review of a final decision of the Provider

Reimbursement Review Board ("PRRB").  As such, the parties agree that this is an

"action for review on an administrative record" governed by the standards of the

Administrative Procedure Act.  See 42 U.S.C. § 1395oo(f)(1).

     The parties also agree, and therefore respectfully submit, that this action should be

stayed until the final resolution of a case pending before Judge Penn that presents the

same underlying substantive issue, Genesis Health Ventures of Naugatuck, Inc. v. Leavitt,

Civil Action No. 04-1766 (JGP) ("Genesis I").[1]  Genesis I, like this case, is an action for

review on an administrative record that seeks judicial review of a final decision of the

PRRB.

     This case and Genesis I involve essentially the same underlying Medicare

reimbursement issue brought by the same type of Medicare providers, skilled nursing

facilities, seeking to reclassify the same types of costs: FICA taxes, unemployment taxes,

and workers' compensation insurance.  Although this action presents a threshold issue of

whether the PRRB properly determined that it did not have jurisdiction over the

---

     [1] Judge Penn has already stayed another case related to Genesis I.  On October 16,
2006, Judge Penn signed an order staying Genesis Health Ventures of Naugatuck, Inc.
d/b/a Glendale Center, et al. v. Leavitt, Civil Action No. 06-689 (JGP) ("Genesis II").
The instant case and Genesis II stand in an almost identical procedural posture; that is,
both cases present the same substantive reimbursement issues, and both cases present the
same threshold issues regarding the PRRB's denial of jurisdiction.

providers' specific reimbursement claims, the primary substantive Medicare

reimbursement issue in both cases is identical: whether the Medicare providers may

classify their FICA tax costs as Administrative and General costs, rather than as

Employee Health and Welfare costs, on their Medicare cost reports.  The common

underlying reimbursement issue is the subject of pending cross-motions for summary

judgment in Genesis I that were fully briefed and ripe for consideration by Judge Penn as

of June 17, 2005.

        In support of the parties' motion for a stay, Country Villa hereby stipulates that, if

this jointly requested stay is granted, Country Villa will pursue its claims in this action

only if the plaintiffs finally prevail in Genesis I; conversely, if the Secretary prevails in

Genesis I, after a final, non-appealable judgment has been entered in that case, Country

Villa will promptly dismiss the above-captioned action with prejudice.  Consequently,

depending upon how Genesis I is ultimately decided, it is possible that further

proceedings in this case may not be necessary if the parties' motion for a stay is granted.

On the other hand, absent the stay requested jointly by the parties, the resources of this

Court and of the parties might unnecessarily be expended to litigate and resolve issues

that could prove ultimately to be of no concern to the parties.  If the plaintiffs ultimately

prevail in Genesis I, the parties request that the Secretary have thirty (30) days to Answer

or otherwise respond to the complaint in this action after the final, non-appealable

judgment has been entered in Genesis I.

A proposed Order is attached.

Respectfully submitted,

_____/ s /_____

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/ s /_____

MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780

_____/ s /_____

ROBERT W. BALDERSTON
Attorney
U.S. Department of Health and
        Human Services
Office of the General Counsel
7500 Security Boulevard
Mailstop C2-05-23
Baltimore, Maryland 21244

Counsel for Defendant

_____/ s /_____

Joseph Brooks
D.C. Bar No. 366739
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

Counsel for Plaintiffs