UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTRY VILLA<br>    EAST, L.P., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:06CV01407 (CKK)<br>) |
| MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**<u>ORDER</u>**

Having considered the parties' Joint Motion to Stay Proceedings, it is this \_\_\_\_ day of _____, 20\_\_\_,

ORDERED that all proceedings in the above-captioned action are stayed pending the entry of a final, non-appealable judgment in <u>Genesis Health Ventures of Naugatuck, Inc. v. Leavitt</u>, Civil Action No. 04-1766 (JGP) ("<u>Genesis I</u>"); and it is

FURTHER ORDERED that, if the plaintiffs ultimately prevail in <u>Genesis I</u>, after a final, non-appealable judgment has been entered in that case, the Defendant Secretary of Health and Human Services in the above-captioned action shall have thirty (30) days to Answer or otherwise respond to the Complaint in this action; and it is

FURTHER ORDERED that, if the Defendant Secretary of Health and Human Services prevails in <u>Genesis I</u>, after a final, non-appealable judgment has been entered in

that case, Plaintiffs in the above-captioned action will promptly dismiss this action with prejudice.

/s/
_____
UNITED STATES DISTRICT JUDGE
