# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNTRY VILLA EAST, L.P., <u>et al.</u>,   )<br>                                                                  )<br>            Plaintiffs,                             )<br>                                                                  )<br>       v.                                                     )<br>                                                                  )<br>MICHAEL O. LEAVITT,                      )<br>Secretary, United States Department of )<br>Health and Human Services,                )<br>                                                                  )<br>            Defendant.                            ) | Civ. Action No. 06-1407 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: December 4, 2007                    Respectfully submitted,

                                                                  /s/
                                                            MEGAN L. ROSE, NC Bar No. 28639

                                                                  /s/
                                                            CHRISTOPHER B. HARWOOD
                                                            N.Y. Bar No. 4202982
                                                            Assistant United States Attorney
                                                            United States Attorney's Office
                                                            Civil Division
                                                            555 4th Street, N.W.
                                                            Washington, D.C. 20530
                                                            (202) 307-0372